# DeButts & Daggett v. Vandiver & Co.

APPEAL from Montgomery Circuit Court.
Tried before the Hon. J. C. RICHARDSON.

HORACE STRINGFELLOW, for appellants.

WATTS, TROY & GAFFEY, for appellee.

This was an action brought by the appellees, W. F. Vandiver & Company, against the appellants, to recover damages for breach of warranty in the sale by the defendant of certain fish to the plaintiffs. The cause was tried by the court without the intervention of a jury. Judgment was rendered in favor of the plaintiffs, and from this judgment the defendants prosecute the present appeal.

In the transcript there is no final judgment shown, except in the bill of exceptions. The court holds that this is insufficient to authenticate a judgment, since it must otherwise appear of record.—*Petty v. Dill*, 53 Ala. 641; 3 Brick. Dig., 78, §§ 7, 8.

The appeal is dismissed.

Opinion by SHARPE, J.